IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Daviston, Deneen

Printed: 12/23/08

Case Number: 08 B 07963
Judge: Hollis, Pamela S
Filed: 4/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 10, 2008
Confirmed: June 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,767.41 |  |
| Secured: |  | 30.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,556.63 |
| Trustee Fee: |  | 180.78 |
| Other Funds: |  | 0.00 |
| Totals: | 2,767.41 | 2,767.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,874.00 | 2,556.63 |
| 2. | Beneficial Finance Corporation | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 3,649.79 | 30.00 |
| 5. | Washington Mutual Bank FA | Secured | 11,510.22 | 0.00 |
| 6. | Wells Fargo Financial Bank | Unsecured | 338.18 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 105.64 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 103.86 | 0.00 |
| 9. | Cash Call | Unsecured | 525.15 | 0.00 |
| 10. | Woman Care | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
| 13. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,106.84 | $ 2,586.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 121.89 |
| 6.6% | 58.89 |
|  | $ 180.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Daviston, Deneen | Case Number:  08 B 07963 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/23/08 | Filed:  4/2/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

